

**MEMORANDUM**

| | |
|---|---|
| To: | The Honorable George A. O'Toole<br>U.S. District Judge |
| From: | Sharon L. Hoskins<br>Sr. U.S. Probation Officer |
| Re: | **James Holyoke**<br>Docket #: 1:05CR10037<br>**Early Termination Request** |
| Date: | January 22, 2018 |

On August 19, 2008, Mr. Holyoke appeared before Your Honor for sentencing on Ct. 2: Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) and Ct. 3: Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956(h). The defendant was sentenced to 120 months of custody in the Bureau of Prisons, to be followed by 5 years of supervised release including special conditions for:

1) Defendant is not to consume any alcoholic beverages

2) The defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

3) The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment.

4) The defendant shall use his true name unless under rules of the witness security protection and is prohibited from the use of any false identifying information which includes, but is not limited to, any aliases, false dates of birth, false social security numbers, and incorrect places of birth.

Mr. Holyoke released from imprisonment and commenced his five-year term of supervised release in the District of Massachusetts on July 13, 2015. He is scheduled to expire from

supervision on July 12, 2020. Mr. Holyoke made payment of his special assessment in full, is currently engaged in co-occurring treatment to address anxiety and his substance abuse addiction, and consistently tests negative for the use of illegal substances. He has had no issues of non-compliance throughout the term of his supervision thus far, and has remained law-abiding, incurring no new arrests. Mr. Holyoke has also been employed with the same company, Qtas, Inc., since September 2015. During this time, Mr. Holyoke has earned two promotions, for a total of $4.00 in pay raises. As such, Mr. Holyoke is now the Call Center Supervisor for this company.

Under 18 U.S.C. § 3564(c) and 3583(e)(1), the court may terminate terms of probation in misdemeanor cases at any time and terms of supervised release or probation in felony cases after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice.

On October 30, 2002, the Office of Probation & Pretrial Services issued a memorandum announcing new criteria for assessing early termination of post-conviction supervision. The revised criteria were approved by the Judicial Conference Committee on Criminal Law, and were developed to assist officers in identifying offenders who may qualify for early termination. The criteria are set forth in The Guide to Judiciary Policies, Vol 8E, 380.10.

The purpose of this Memorandum is to inform Your Honor that our office has identified Mr. Holyoke's case as being eligible for early termination from supervision at this time. Specifically, as touched upon above, his case and his performance on supervision, having been thoroughly reviewed by this office, meet the standard criteria for consideration of early termination of supervision under the guidelines of the Administrative Office of the U.S. Courts. This office has consulted the U.S. Attorney's Office with regard to Mr. Holyoke's case and status on supervision, and their office does not object to an early termination.

For these reasons, the probation office presents that Mr. Holyoke's case be terminated early. This office will be guided by Your response as indicated below.

Reviewed & Approved by:

/s/ Basil F. Cronin
Basil F. Cronin
Supervising U.S. Probation Officer

[X] I concur, early termination of supervision approved, effective this date.

[ ] I dissent, supervision continued to original expiration of (date).

The Honorable George A. O'Toole
U.S. District Judge

1/22/18
Date